```
 1  RAYMOND J. FUENTES, State Bar No. 61199
    JOHANNA M. FEICHT, Bar No. 230246
 2  FUENTES & McNALLY, LLP
    144 North Brand Boulevard
 3  Glendale, California 91203
    Tel: (818) 543-4750
 4  Fax: (818) 543-4757

 5  Attorneys for Real Party in
    Interest LOS ANGELES COUNTY
 6  SHERIFF'S DEPARTMENT AND
    DEPUTY BRAD FOSS
 7
```



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BLUMBERG, | Case No. CV 04-08146 CAS (SH) |
| Petitioner, | [PROPOSED] PROTECTIVE ORDER RE PRODUCTION OF MATERIALS AND INFORMATION PURSUANT TO MOTION FOR (PITCHESS) DISCOVERY |
| v. | |
| SILVA GARCIA, Warden of California State Prison, | Court Room: 550 |
| Respondent. | HONORABLE STEPHEN J. HILLMAN |

**IT IS HEREBY ORDERED,** as follows:

The following Protective Order shall govern the use and disclosure of documents and/or information, including Compliance Sheets and information derived therefrom, (collectively, "Confidential Information") produced in accordance with the Court's in camera review of documents and records.

1. Under no circumstances shall Confidential Information be used in any proceeding other than the instant case or be disseminated, in any form, except by court order.

-1-
[PROPOSED] PROTECTIVE ORDER RE PRODUCTION OF MATERIALS AND INFORMATION PURSUANT TO MOTION FOR (PITCHESS) DISCOVERY

2.  Under no circumstances shall Confidential Information either orally, or by written form, be inputted into any computer program or database or listed manually in any manual, notebook or other listing as it pertains to law enforcement personnel. This does not apply to any computer program or case file maintained specifically as to the subject action.

3.  Disclosure of Confidential Information shall be limited to the personnel and/or classification of persons listed below:

(a)  Counsel for any party to this action;

(b)  Staff personnel employed by counsel for any party;

(c)  The court and its personnel, in connection with this litigation;

(d)  Experts or consultants retained to work on this case by counsel for any party to this case; and

(e)  Investigators retained by counsel for any party to this case, as indicated above.

4.  Counsel for the parties shall not provide to their clients, either orally or in writing, with the addresses and telephone numbers on Compliance Sheets, but may discuss the information obtained from any investigation conducted with complainants or witnesses.

5.  Counsel for any party to this action shall advise those individuals to whom disclosure of Confidential Information is to be made of the contents of this Protective Order, and such counsel shall obtain the consent of such individual that he or she will be bound by this Protective Order. In the event such individual does not consent to be bound by this Protective Order, no disclosure of Confidential Information will be made to such individual.

6. Any counsel, expert, consultant or investigator retained by counsel for any party to this case shall not refer to Confidential Information in any other court proceeding subject to further order of this court.

7. Except for documentation filed under seal by the court, all originals and copies of Confidential Information shall be returned to counsel for the Los Angeles County Sheriff's Department by all counsel within 10 days after final termination of this case, whether such termination occurs by settlement, judgment, dismissal, appeal or otherwise.

8. This Protective Order, and the obligations of all persons thereunder, including those relating to the disclosure and use of Confidential Information, shall survive the final termination of this case, whether such termination is by settlement, judgment, dismissal, appeal or otherwise, until further order of the court.

9. Nothing in this Protective Order is intended to prevent officials or employees of the Los Angeles County Sheriff's Department, individual Deputy Sheriffs, or other authorized individuals from having access to Confidential Information to which they would have had access in the normal course of their duties.

**IT IS SO ORDERED.**

DATED: 4/2/08         By: _____
                          UNITED STATES MAGISTRATE JUDGE

[PROPOSED] PROTECTIVE ORDER RE PRODUCTION OF MATERIALS AND INFORMATION PURSUANT TO MOTION FOR (PITCHESS) DISCOVERY