UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| PAUL CHRISTIAN BLUMBERG,<br><br>    Petitioner,<br><br>v.<br><br>SILVIA GARCIA, Warden<br><br>    Respondent. | CV 04-8146-CAS (SH)<br><br>ORDER ADOPTING THE AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Amended Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation and Response of the Magistrate Judge to Respondent's Objections. The Court concurs with and adopts the conclusions of the Magistrate Judge.

    IT IS ORDERED that the Petitioner's claims for habeas relief and cumulative error are granted, and that Petitioner be released from custody, unless new trial

proceedings are commenced within 90 days after entry of Judgment.

   IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Amended Report and Recommendation, Response of the Magistrate Judge to Respondent's Objections and the Judgment herein by the United States mail on petitioner, counsel for petitioner and respondent.

   LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 2/7/10

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE