JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

PAUL CHRISTIAN BLUMBERG,   ) CV 04-8146-CAS (SH)
                          )
            Petitioner,   ) JUDGMENT
                          )
      v.                  )
                          )
SILVIA GARCIA, WARDEN,    )
                          )
            Respondent.   )
_____)

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that Petitioner's claims for habeas relief based on <u>Napue</u>, <u>Brady</u> and cumulative error are granted and petitioner be released from custody, unless new trial proceedings are commenced within 90 days of entry of Judgment.

DATED: 2/7/10

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1